IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-14-431 |
| | § | |
| GUILLERMO A. MEDRANO-MARTINEZ | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 28). The motion for continuance is GRANTED. The sentencing hearing is reset to **March 26, 2015 at 9:00 a.m.** The objections to the presentence report are due by March 12, 2015.

SIGNED on February 13, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge